IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MAREIA BELL                                                                                    PLAINTIFF

v.                                      Case No. 1:15-cv-1067

AUTOZONE STORES, LLC                                                          DEFENDANT

## JUDGMENT

Before the Court is Defendant Autozone Stores, LLC's Motion for Summary Judgment. (ECF No. 20). Plaintiff Mareia Bell has not responded to the motion, and the time to do so has passed. The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 20) should be and is hereby **GRANTED**. Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge